# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RUSSELL WATSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) 1:21-CV-00272-TFM-M |
| | ) |
| **CITY OF PRICHARD,** | ) |
| | ) |
| **Defendant.** | ) |

## PARTIES' JOINT SETTLEMENT REPORT

Plaintiff Russell Watson and Defendant City of Prichard (collectively, the "Parties") respectfully report as follows:

1. The Parties initially discussed settlement prior to beginning deposition discovery. The Parties decided, however, that the testimony of the Plaintiff and key fact witnesses was needed before the Parties could accurately evaluate settlement.

2. On April 25-26, 2022, the Parties completed the last round of fact witness depositions. At the conclusion of the depositions, counsel for the Parties agreed to revisit their settlement discussions after evaluating the testimony provided by the witnesses and conferring with their clients. The Parties are in the process of doing so and wish to continue discussing settlement informally.

3. The Parties do not believe mediation or a settlement conference will be helpful at this time but will promptly notify the Court if that changes or if the Parties are able to reach a resolution on their own.

Respectfully submitted on this the 28th day of April 2022,


| | |
|---|---|
| /s/ *Temple Trueblood* | /s/ *Anne Laurie McClurkin* |
| Temple Trueblood | Anne Laurie McClurkin (MCCLA2262) |
| Wiggins, Childs, Pantazis, Fisher & Goldfarb | Maynard, Cooper & Gale, P.C. |
| The Kress Building | RSA Battle House Tower |
| 301 19th Street North | 11 North Water Street, Suite 24290 |
| Birmingham, Alabama 35203 | Mobile, Alabama  36602 |
| | Phone:  251-206-7448 |
| | Email: amcclurkin@maynardcooper.com |
| Edward L.D. Smith | |
| Post Office Box 1643 | |
| Mobile, Alabama 36633 | |
| **ATTORNEYS FOR PLAINTIFF RUSSELL WATSON** | **ATTORNEY FOR DEFENDANT CITY OF PRICHARD** |