IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUSSELL WATSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACT. NO. 1:21-cv-272-TFM-M |
| | : | |
| CITY OF PRICHARD, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order (Doc. 53) that was entered on January 20, 2023, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** judgment is entered in favor of Defendant City of Prichard and against Plaintiff Russell Watson, whose sole claim is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.  This case is hereby closed.

**DONE** and **ORDERED** this 20th day of January 2023.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE